## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BNP OIL & GAS PROPERTIES, LTD. | § | CASE NO. _____ |
| | § | (CHAPTER 11) |
| DEBTOR | § | |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| *(1)* *Name of creditor and complete mailing address, including zip code* | *(2)* *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)* *Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)* *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *(5)* *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| | | | | |

### THIS DEBTOR HAS NO CREDITORS HOLDING UNSECURED CLAIMS

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Manager of Pagenergy Company, LLC, the General Partner of BNP Oil & Gas Properties, Ltd., named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

**BNP OIL & GAS PROPERTIES, LTD.**

BY:    PAUL P. BLACK, MANAGER OF
          PAGENERGY COMPANY, LLC,
          GENERAL PARTNER OF BNP OIL
          & GAS PROPERTIES, LTD.

DATE: September 21, 2009

BY:    /s/Paul P. Black
Printed Name: Paul P. Black
Title:   Manager of Pagenergy Company, LLC,
       General Partner of BNP Oil & Gas
       Properties, Ltd.

#360964